# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Michael Jaudon, ET. AL

_____
Plaintiff/Petitioner(s),

-vs-

Patricia Kelley, ET. AL
_____
Defendant/Respondent(s).

Docket No. 08-638-DRH
(To be supplied by the Clerk)

[✓] **CIVIL RIGHTS COMPLAINT**
pursuant to 42 U.S.C. §1983
(State Prisoner)

[ ] **CIVIL RIGHTS COMPLAINT**
pursuant to 28 U.S.C. §1331
(Federal Prisoner)

[ ] **CIVIL COMPLAINT**
pursuant to the Federal Tort Claims
Act, 28 U.S.C. §1346, 2671-2680

SEP - 9 2008

CLERK ... COURT
SOUTH... ...
EAST ST...

## I. JURISDICTION

A. Plaintiff's mailing address and/or register number and present place of confinement.

Ashmen Drive P.O. Box 31
Chester IL 62233

B. Defendant **Patricia Kelley** is employed as
(Name of First Defendant)

**Director**
(Position/Title)

with **Chester Mental Health Center**
(Employer's Name and Address)

Patricia Kelly, Ashmen Drive P.O. Box 31
Chester IL 62233

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (✓)    No ( )

If your answer is "yes", briefly explain:

Patricia Kelley is the ...
Director of Chester Mental Hea...
Center.

Rev. 2/00

C. Defendant **Scott Walter** is employed as
(Name of Second Defendant)
**S.T.A Staff**
(Position/Title)
with **Chester Mental Health Center**
(Employer's Name and Address)
**Scott Walter Lehmen Drive**
**Box 31 Chester, IL 62233**

At the time the claim(s) alleged in this complaint arose, was the defendant employed by the state, local or federal government?

Yes (✓)    No ( )

If your answer is "yes", briefly explain:
**Scott Walter is a Staff Member employeed by the State of Illinois.**

D. Using the outline of the form provided, include the above information for any additional defendant(s).
**Other Defendants will be added when a lawyer is appointed by the court. The plaintiff does not no all the individuals norms that where added to the or-cause of the civil class of individuals**

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court relating to your imprisonment?

Yes ( )    No (✓)

B. If your answer to "A" is "yes", describe the lawsuit(s) in the space below. (If there is more than one (1) lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.) **Failure to comply with this provision may result in summary denial of your complaint.**

**There's no class law suit on the cruel and unusual punishment the plaintiff have suffered. There's no constitutional acceptable law library nor a constitutional alternative means for a pretrial detainee to redress themselves to the courts.**

1. Parties to previous lawsuits:
   Plaintiff(s) _NA_

   Defendant(s) _NA_

2. Court (if Federal Court, name the District; if State Court, name the County) _NA_

3. Docket number _NA_

4. Name of Judge to whom case was assigned _NA_

5. Type of case (for example: Was it a Habeas Corpus or Civil Rights action?) _NA_

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?) _NA_

7. Approximate date of filing lawsuit _NA_

8. Approximate date of disposition _NA_

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? _No their not_

B. Did you present the facts relating to your complaint in the prisoner grievance procedure?
   Yes ( ) No (X)

C. If your answer is "yes",
   1. What steps did you take? _But it was given to O.I.G office of Inspector General who continues to do Nothing._

   2. What was the result? _The Result is the investigation is unfounded by the office of inspector General, every time._

D. If your answer is "no", explain why not. _The office of Inspector General, and Human Rights Authority Refuses to respond to Africa, Russians to the Abuser Everyone They walk, and the patient Gets Beat just a nother Beating._

Rev. 2/00
- 3 -

E. If there is no prisoner grievance procedure in the institution, did you complaint to prison authorities? Yes (✓)   No ( )

F. If your answer is "yes",
   1. What steps did you take? THE continue to cover up The physical Abuse, and state Nothing has Happen.
   2. What was the result? Patricia Kelley turns Here Heads and neglects to stop the Gow Scircay.

G. If your answer is "no", explain why not. The Patients has no Other Remedy, but to File a Federal Complaint, and seek injunctive Relief.

H. Attach copies of your request for an administrative remedy and the response(s) you received. If you cannot do so, explain why not: The will Be Report Aneded to the complaint at a better time, because ____ of Attorney has them.

## IV. STATEMENT OF CLAIM

State here, as briefly as possible, the FACTS of your case. State who, what, when, where and how you feel your constitutional rights were violated. Do not cite cases or statutes. If you choose to submit legal arguments or citations, you must do so in a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, <u>attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits.</u>

<u>Only two (2) extra pages (8½ x 11") are permitted, if necessary, to complete your statement of claim.</u> Additionally, attach any relevant, supporting documentation.

The Plaintiff Micheal Jaubon, and other ____ in the Department ____ ____ have ____ ____ ____ due to staff members physically Assaulting him, and other, on September of the 2, 2008 I was in the TV Room Watching tv with other pre-Tr___ Detainee's, Mr. ____ ____ and ____ ____ ____ ____ Started making threats telling me the would Kick my Ass, At this Time I went to my Room, and the came Be Hide me, and Asked Did I

- 4 -

NEED A PRN From the nurse, And I Inform them no. Shane, And Scott Walter went and got three other staff came into my Room And they Assault me without any Reason at all. The same time I was placed in Restraingths Entil "MR. Larry M. Banks" had his power of Attorney to submit written Inquiry informing the Administrator "Patricia Kedley" and "David Dunker" of the cruel and unsual punishment I "Michael Jaudon" had suffered. MR Bank seen every thing because he was Looking out his door at the time of the incident. Mr Larry M. Banks informed O.I.G "Office of Inspector General that on September the 2, 2008 The officers had came into my cell And beat on me and place me in restraingths with no reason I Michael Jaudon was without cause. On September 4, 2008 Another patient MR. Hunt was Assaulted by the same individuals the same was and was place in Restraingths And "MR. Larry M. Banks" sent a faxs to O.I.G, Office of Inspector General, the clinic, and interview the victim, MR. Hunt also MR. Banks took written statements from MR. Funks and MR. Hunt. So I wasn't the only one of physical Attack. At the incidents the nurse deliberate indifferent which the patient to see was he hurt. It wasn't entil the fays went to "David Dunker" that something happen. The Doctor policies are to see the patient nothing wrong with the patient to save their lives But due only to Mr. Banks few proof of there Actions I would other wise have been attacked their more. But due to me having No Legal Education, And their not having A Law Library or a constitionaly acceptable Alternative means—the patients can not peruse the court properly.

-5-

Rev. 2/00

V.  **REQUEST FOR RELIEF**

State exactly what you want the Court to do for you. If you are a state or federal prisoner, and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records or parole release), you must file your claim on a Habeas Corpus form, pursuant to 28 U.S.C. §2254, 28 U.S.C. §2255, or 28 U.S.C. §2241.

The plaintiff is asking for Injunction Relief pursuant to 28 USC §2283 Anti Injunction Act, and want the Federal Form to grant Relief, And have "Chester Mental Health Center" to Get Auto Video Records for the Safety of the patients, because There's numerous complaints from [illegible] with [illegible] And nothing is happen to employee's, and so one is going to get killed.

VI.  **JURY DEMAND** *(check one box below)*

The plaintiff does ☑   does not ☐   request a trial by jury. (See Fed.R.Civ.P. 38.)

7th Amendment Jury Trial

**DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11**

I, the undersigned, certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11(a) and (b) may result in sanctions, monetary or non-monetary, pursuant to Federal Rule of Civil Procedure 11(c).

The plaintiff hereby requests the Court issue all appropriate service and/or notices to the defendant(s).

Signed this 9 day of September, 2008

_Micheal Jaudon_
Signature of Plaintiff

_Michael Jaudon_
Signature of attorney, if any

Rev. 2/00

- 6 -