**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**MICHAEL JAUDON,**

      **Plaintiff,**

**v.**

**PATRICIA KELLEY, et al.,**

      **Defendants.**                **Case No. 08-cv-638-DRH**

**ORDER**

**HERNDON, Chief Judge:**

      Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice (Doc. 36), made pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)**. Plaintiff seeks to dismiss his claims against the Defendants in this matter without prejudice, with each Party to bear their own costs.  In addition, Plaintiff seeks to terminate his representation by his court-appointed counsel in this matter.  Attached to the Motion is a voluntary dismissal form and a termination of legal representation form, both signed by Plaintiff.

      For good cause shown, pursuant to **Rule 41(a)(2)**, the Court **GRANTS** Plaintiff's Motion (Doc. 36) and hereby **DISMISSES** Plaintiff's claims against

Defendants in this matter, **WITHOUT PREJUDICE**, with each Party to bear their own costs.  Attorney Christian Cagas is hereby terminated as representative counsel for Plaintiff in this matter.  Lastly, Defendants' Motion to Stay Discovery (Doc. 37) is hereby **FOUND AS MOOT**.

        **IT IS SO ORDERED.**

Signed this 24th day of November, 2009.


/s/   David R Herndon

**Chief Judge**
**United States District Court**